THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANNA GRUBER, Appellant.

Submitted September 30, 1946; decided October 10, 1946.

*Frank S. Hogan, District Attorney (Whitman Knapp* **of** counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.